AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

<table>
<tr><td>JEFFREY EDELMAN, Derivatively on Behalf of CAREDX, INC.</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td>CAREDX, INC., MICHAEL D. GOLDBERG, REGINALD SEETO, GEORGE BICKERSTAFF, FRED COHEN, GRACE E. COLON, CHRISTINE COURNOYER, WILLIAM HAGSTROM, PETER MAAG, RALPH SNYDERMAN, ARTHUR TORRES, HANNAH VALANTINE, ANKUR DHINGRA, and CAREDX, INC.,<br><br>*Defendant(s)*</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No. 3:22-cv-05379 DMR</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Attachment A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam M. Apton (SBN 316506)
75 Broadway, Suite 202-1908
San Francisco, California 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294
Email: aapton@zlk.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mark B. Busby
*CLERK OF COURT*

Date:  September 21, 2022

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Attachment A**

CareDX, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808

PETER MAAG
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808

MICHAEL D. GOLDBERG
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808

RALPH SNYDERMAN
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808

REGINALD SEETO
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808

ARTHUR TORRES
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808

GEORGE BICKERSTAFF
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808

HANNAH VALANTINE
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808

FRED COHEN
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808

ANKUR DHINGRA

GRACE E. COLON
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808

1

CHRISTINE COURNOYER
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808

WILLIAM HAGSTROM
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808