THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email:  lrosen@rosenlegal.com

*Counsel for Plaintiff Jaysen Stevenson*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY EDELMAN, Derivatively on Behalf of CAREDX, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL D. GOLDBERG, REGINALD SEETO, GEORGE BICKERSTAFF, FRED COHEN, GRACE E. COLON, CHRISTINE COURNOYER, WILLIAM HAGSTROM, PETER MAAG, RALPH SNYDERMAN, ARTHUR TORRES, HANNAH VALANTINE, AND ANKUR DHINGRA, <br><br> Defendants, <br><br> and <br><br> CAREDX, INC., <br><br> Nominal Defendant. | Case No.: 3:22-cv-05379-TLT <br><br> **STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING CO-LEAD COUNSEL, AND STAYING CONSOLIDATED ACTION** |

[Caption continued on next page]

1

2

JAYSEN STEVENSON, derivatively on behalf
of CAREDX, INC.,

Case No.: 3:23-cv-00557-TLT

3

Plaintiff,

4

v.

5

6

7

8

GEORGE BICKERSTAFF, FRED COHEN,
CHRISTINE COURNOYER, GRACE E.
COLÓN, ANKUR DHINGRA, MICHAEL D.
GOLDBERG, WILLIAM HAGSTROM,
PETER MAAG, REGINALD SEETO, RALPH
SNYDERMAN and HANNAH VALANTINE,

9

Defendants,

10

and

11

CAREDX, INC.,

12

13

Nominal Defendant.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS,
APPOINTING CO-LEAD COUNSEL, AND STAYING CONSOLIDATED ACTION
Case No. Case No.: 3:22-cv-05379-TLT

1    WHEREAS, on September 21, 2022, Plaintiff Jeffrey Edelman ("Edelman") filed a

2    shareholder derivative complaint on behalf of CareDx, Inc. ("CareDx" or the "Company") in this

3    Court alleging breach of fiduciary duties, unjust enrichment, and violations of Section 14(a) and

4    20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") against defendants Michael D.

5    Goldberg, Reginald Seeto, George Bickerstaff, Fred Cohen, Grace E. Colon, Christine Cournoyer,

6    William Hagstrom, Peter Maag, Ralph Snyderman, Arthur Torres, Hannah Valantine, and Ankur

7    Dhingra (the "Individual Defendants" and with CareDx, "Defendants") and insider trading against

8    Goldberg, Seeto, Bickerstaff, Colon, Hagstrom, Maag, and Snyderman, captioned *Edelman v.*

9    *Goldberg, et al.*, Case No. 3:22-cv-05379-TLT ("*Edelman* Action");

10   WHEREAS, on December 8, 2022, the Court entered the Joint Stipulation and Order

11   Regarding Stay of Action ("Stay Order") in the *Edelman* Action (ECF No. 20) which, *inter alia,*

12   stayed the *Edelman* Action pending the disposition of a motion to dismiss in the related securities

13   class action, *Plumbers & Pipefitters Local Union #295 Pension Fund v. CareDx, Inc. et al*, Case

14   No. 22-cv-03023-TLT ("Securities Class Action");

15   WHEREAS, on February 7, 2023, Plaintiff Jaysen Stevenson filed his shareholder

16   derivative complaint on behalf of CareDx alleging the same claims against the Individual

17   Defendants except Arthur Torres, captioned *Stevenson v. Bickerstaff, et al.,* Case No. 3:23-cv-

18   00557-TLT ("*Stevenson* Action" and with the *Edelman* Action, the "Derivative Actions");

19   WHEREAS, on February 10, 2023, Plaintiff Stevenson filed an administrative motion to

20   relate the *Stevenson* Action to the *Edelman* Action. On February 16, 2023, the *Stevenson* Action

21   was deemed related to the *Edelman* Action and reassigned to Judge Trina L. Thompson;

22   WHEREAS, under Fed. R. Civ. P. 42(a), when actions involve "a common question of law

23   or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2)

24   consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

25   WHEREAS, Plaintiffs Edelman and Stevenson ("Plaintiffs") and Defendants (collectively,

26   the "Parties") in the Derivative Actions agree that the related Derivative Actions challenge

27   substantially similar alleged conduct by the same Company directors and officers and involve many

28   of the same questions of law and fact, and that the administration of justice would best be served

by consolidating the Derivative Actions;

WHEREAS, in order to realize the efficiencies made possible by consolidation of the Derivative Actions, Plaintiffs agree that Levi & Korsinsky, LLP and The Rosen Law Firm, P.A., the respective resumes of which are attached hereto as Exhibits A and B, shall be designated as Co-Lead Counsel representing Plaintiffs in the consolidated action;

WHEREAS, Defendants do not oppose the appointment of Co-Lead Counsel; and

WHEREAS, this stipulation is not a waiver of any of the Parties' rights, remedies, claims or defenses;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and upon approval and entry by the Court shall be ORDERED, as follows:

1. The Stay Order entered in the *Edelman* Action on December 8, 2022 is temporarily lifted for the limited purpose of the filing of, and ruling on, this Stipulation and [Proposed] Order.

2. Defendants hereby accept service of the complaint filed in the *Stevenson* Action.

3. The Derivative Actions are hereby consolidated for all purposes, including pretrial proceedings, trial, and appeal, and are referred to herein as the "Consolidated Action."

4. Every pleading filed in the Consolidated Action, or in any separate action included herein, shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE CAREDX, INC. DERIVATIVE LITIGATION | Lead Case No. 3:22-cv-05379-TLT |
| This Document Relates to: | |
| ALL ACTIONS | |

5. The file in *Edelman v. Goldberg, et al.*, Case No. 3:22-cv-05379-TLT, shall constitute the Master File for every action in the Consolidated Action. When the document being filed pertains to all Actions, the phrase "This Documents Relates to All Actions" shall be placed

on the cover page.  When a pleading applies only to some, but not all, of the Actions, the document shall list on the cover page the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action.

6.      Co-Lead Counsel for Plaintiffs for the conduct of the Consolidated Action shall be:

**LEVI & KORSINSKY, LLP**
Adam Apton
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294
Email: aapton@zlk.com

**LEVI & KORSINSKY, LLP**
Gregory M. Nespole (*pro hac vice*)
Daniel Tepper (*pro hac vice*)
55 Broadway, 10th Floor
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: gnespole@zlk.com

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

7.      Plaintiffs' Co-Lead Counsel shall have the sole authority to speak for plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

8.      Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Co-Lead Counsel.

9.      Defendants' counsel may rely upon all agreements made with counsel of record

from either Co-Lead Counsel, or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

10. This order shall apply to each shareholder derivative action arising out of the same, or substantially the same, transactions or events as these cases, which is subsequently filed in, removed to, reassigned to, or transferred to this Court. When a shareholder derivative action that properly belongs as part of *In re CareDx, Inc. Derivative Litigation*, Lead Case No. 3:22-cv-05379-TLT, is hereafter filed in the Court, removed to this Court, reassigned to the Court, or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re CareDx, Inc. Derivative Litigation*, Lead Case No. 3:22-cv-05379-TLT, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later substantially similar shareholder derivative actions filed in this Court, removed to this Court, reassigned to the Court, or transferred here from another court.

11. This Order is without prejudice to any and all defenses Defendants may assert, except for sufficiency of service of process, in this or any of the above-referenced actions and without prejudice to any and all claims Plaintiffs may assert.

12. The terms of the Stay Order entered in the *Edelman* Action on December 8, 2022 staying the *Edelman* Action shall apply to the Consolidated Action.

1    **IT IS SO STIPULATED.**

2    Dated: March 7, 2023

3

4    **LEVI & KORSINSKY, LLP**                    **WILLKIE FARR & GALLAGHER LLP**

5    By:  /s/ Daniel Tepper                       By:  /s/ Laura Leigh Geist
         Adam Apton (SBN 316506)                         Laura Leigh Geist (CSB No. 180826)
6        388 Market Street, Suite 1300                   Barrington Dyer (CSB No. 264762)
         San Francisco, CA 94111                    One Front Street, 34th Floor
7        Telephone: (415) 373-1671                  San Francisco, CA 94111
         Facsimile: (415) 484-1294                  Telephone: (415) 848-7400
8        Email: aapton@zlk.com                      Email: lgeist@willkie.com
                                                    Email: byder@willkie.com
9

10       **LEVI & KORSINSKY, LLP**                  Tariq Mundiya (*pro hac vice* forthcoming)
         Gregory M. Nespole (*pro hac vice*)        Charles Cording (*pro hac vice*
11       Daniel Tepper (*pro hac vice*)             forthcoming)
         55 Broadway, 10th Floor                    Brady Sullivan (*pro hac vice* forthcoming)
12       New York, NY 10006                         787 Seventh Avenue
         Telephone: (212) 363-7500                  New York, NY 10019-6099
13       Facsimile: (212) 363-7171                  Telephone: (212) 728-8000
         Email: gnespole@zlk.com                    Email: tmundiya@willkie.com
14                                                  Email: ccording@willkie.com
                                                    Email: bsullivan@willkie.com
15

16   *Counsel for Plaintiff Jeffrey Edelman*        *Counsel for Nominal Defendant CareDx, Inc.*
                                                    *and on behalf of the Individual Defendants*
17

18       **THE ROSEN LAW FIRM, P.A.**

19   By:  /s/ Laurence M. Rosen
         Laurence M. Rosen (SBN 219683)
20       355 S. Grand Avenue, Suite 2450
         Los Angeles, CA 90071
21       Telephone: (213) 785-2610
         Facsimile: (213) 226-4684
22       Email: lrosen@rosenlegal.com

23   *Counsel for Plaintiff  Jaysen Stevenson*

24

25

26

27

28

1

**Attestation Pursuant to Local Rule 5-1(h)(3)**

2
      Pursuant to Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has

3
been obtained from each of the other signatories.

4

5
Dated: March 7, 2023                 */s/ Laurence M. Rosen*

6

7

8
          \*       \*       \*

9

10
                  **[PROPOSED] ORDER**

11
PURSUANT TO STIPULATION, IT IS SO ORDERED.

12

13
Date:  March 9, 2023

14
                      Hon. Trina L. Thompson
                      United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28