Laura Leigh Geist (CSB No. 180826)
lgeist@willkie.com
Barrington Dyer (CSB No. 264762)
bdyer@willkie.com
**WILLKIE FARR & GALLAGHER LLP**
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone:  (415) 848-7400

*Counsel to Defendants Michael D. Goldberg,*
*Reginald Seeto, George Bickerstaff, Fred Cohen,*
*Grace E. Colón, Christine Cournoyer,*
*William Hagstrom, Peter Maag, Ralph Synderman,*
*Arthur Torres, Hannah Valantine, and Ankur Dhingra*
*and Nominal Defendant CareDx, Inc.*

[Additional counsel appear on signature page.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: CAREDX, INC. DERIVATIVE LITIGATION | Case No.: 3:22-cv-05379-TLT<br><br>**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** AS MODIFIED<br>Date Filed: September 21, 2022<br><br>Judge: Trina L. Thompson |

WHEREAS, on July 1, 2024, plaintiffs Jeffrey Edelman, Jaysen Stevenson, and Christian Jacobsen ("Plaintiffs") filed a Verified Consolidated Amended Stockholder Derivative Complaint derivatively on behalf of CareDx, Inc. (the "Company" or "CareDx") against individual defendants George Bickerstaff, Fred Cohen, Grace E. Colón, Christine Cournoyer, Ankur Dhingra, Michael D. Goldberg, William Hagstrom, Peter Maag, Reginald Seeto, Ralph Snyderman, Arthur Torres, and Hannah Valantine (collectively with the Company, "Defendants") asserting claims for

violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934, as amended; breach of fiduciary duties; insider trading; and unjust enrichment (ECF No. 57); and

WHEREAS, no compensation of any form has passed directly or indirectly from any of the Defendants to any of the Plaintiffs or counsel for any of the Plaintiffs, and no promise to give any such compensation has been made; and

WHEREAS, Defendants have not filed an answer or motion for summary judgment in this action; and

WHEREAS, Plaintiffs wish to dismiss this action as to themselves only and without prejudice; and

WHEREAS, Plaintiffs and Defendants believe that notice of dismissal to the Company's stockholders is not required because: (*i*) such dismissal is without prejudice and does not bind any persons other than the Plaintiffs individually; (*ii*) Defendants will not suffer any prejudice as they consent to voluntary dismissal; (*iii*) CareDx will provide notice to shareholders of dismissal of this action in its next Form 10-Q filed with the U.S. Securities and Exchange Commission in the same manner that shareholders were previously notified of the pendency of the action; (*iv*) there is a related derivative action pending in the Delaware Court of Chancery, captioned *Edward W. Burns IRA v. Goldberg, et al.,* Case No. 2024-0282-NAC (Del. Ch.); and (*v*) the foregoing reasons have been held sufficient to excuse notice of dismissal to the Company's shareholders in this Court and this District, *see e.g., Vallieres v. Levchin, et al*., Case No. 3:22-cv-02507-VC (N.D. Cal., Jan. 12, 2023) (Dkt. No. 29); *In re Triplepoint Venture Growth BDC Corp Derivative Litigation*, Case No. 4:23-cv-06557-DMR (N.D. Cal. Sept. 17, 2024) (Dkt. No. 38); *Plumbers and Pipefitters Local Union No. 630 Pension-Annuity Trust Fund v. Fontaine*, 2013 WL 8604586 (N.D. Cal. Dec. 17, 2013) (approving joint stipulation of voluntary dismissal where dismissal "will be reported in the Company's Securities and Exchange Commission filings"); *Ironworkers Local No. 25 Pension Fund v. Bogart*, 2012 WL 3837771 (N.D. Cal. July 9, 2012) (same); *Stadnicki on Behalf of LendingClub Corp. v. Laplanche*, 2018 WL 4110553, at \*5 (N.D. Cal. Aug. 29, 2018), *aff'd,* 804 F. App'x 519 (9th Cir. 2020) (finding notice in SEC filing sufficient); *Sheinberg v. Fluor*

2

*Corporation*, 91 F.R.D. 74, 75 (S.D.N.Y. 1981) (approving the voluntary dismissal of a class and derivative action without notice to shareholders where "no one's rights [were] being cut off and no potential abuses [were] present").

IT IS STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 23.1(c) and 41(a)(1)(A)(i) that, subject to the approval of the Court:

1. The claims in the above-captioned action are dismissed without prejudice as to all Defendants.

2. Plaintiffs and Defendants shall bear their own attorneys' fees, costs, and expenses in relation to this action.

3. ~~For the reasons stated above, no notice of dismissal beyond the disclosure in CareDx's next Form 10-Q following entry of this stipulation by the Court is required under Rule 23.1(c).~~

STIPULATION AND ~~[PROPOSED]~~ ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 3:22-cv-5379-TLT

**LEVI & KORSINSKY, LLP**

*/s/ Daniel Tepper*
Adam M. Apton (SBN 316506)
75 Broadway, Suite 202-1908
San Francisco, California 94111
Telephone: (415) 373-1671
Facsimile: (212) 363-7500
Email: aapton@zlk.com

Daniel Tepper (pro hac vice)
33 Whitehall Street, 17th Floor
New York, New York 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-1294
Email: dtepper@zlk.com

*Co-Lead Counsel and Counsel for*
*Plaintiff Jeffrey Edelman*


**THE ROSEN LAW FIRM, P.A.**

*/s/ Erica L. Stone*
Laurence M. Rosen (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Erica L. Stone *(pro hac vice)*
275 Madison Avenue, 40th Floor
New York,  NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: estone@rosenlegal.com

*Co-Lead Counsel and*
*Counsel for Plaintiff Jaysen Stevenson*


**WILLKIE FARR & GALLAGHER LLP**

*/s/ Laura Leigh Geist*
Laura Leigh Geist (CSB No. 180826)
Barrington Dyer (CSB No. 264762)
333 Bush Street
San Francisco, CA 94104
Telephone:  (415) 848-7400
E-mail:  lgeist@willkie.com
          bdyer@willkie.com

Charles Cording (pro hac vice)
Brady Sullivan (pro hac vice)
787 Seventh Avenue
New York, NY 10019-6099
Telephone:  (212) 728-8000
E-mail:  ccording@willkie.com
          bsullivan@willkie.com

*Counsel for Defendants and Nominal*
*Defendant*

4

STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 3:22-cv-5379-TLT

**BRAGAR EAGEL & SQUIRE, P.C.**

*/s/ Melissa A. Fortunato*
Melissa A. Fortunato (SBN 319767)
Marion C. Passmore (SBN 228474)
580 California Street, Suite 1200
Telephone: (415) 568-2124
E-mail:   fortunato@bespc.com
            passmore@bespc.com

*Counsel for Plaintiff Christian Jacobsen*

STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 3:22-cv-5379-TLT

**Attestation Pursuant to Local Rule 5-1(h)(3)**

Pursuant to Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated November 5, 2024                                   */s/ Laura Leigh Geist*
                                                         Laura Leigh Geist

*       *       *

6

STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 3:22-cv-5379-TLT

### [PROPOSED] ORDER AS MODIFIED

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Written Order to follow addressing Rule 23.1(c) notice.

Date:    November 6, 2024

_____
Hon. Trina L. Thompson
United States District Judge

7

STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 3:22-cv-5379-TLT