UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAREDX, INC. DERIVATIVE LITIGATION | Case No.  22-cv-05379-TLT |
| This Document Relates to:<br><br>23-cv-00557-TLT<br>22-cv-03023-TLT<br>23-cv-00557-TLT<br>24-cv-00776-TLT | **ORDER RE VOLUNTARY DISMISSAL**<br><br>Re: ECFs 71, 72 |

The proposed stipulated order (ECF 71), signed pursuant to Fed. R. Civ. P. 41, states no Rule 23(c) notice is required.  That portion of the stipulated order was stricken (*see* ECF 72) because the stipulation did not address the issue of whether any rights would be compromised by having the notice in the next Form 10-Q filing with the Securities Exchange Commission ("SEC").

Accordingly, the parties should file a supplemental joint statement addressing that issue so that the Court can determine whether solely relying on the next Form 10-Q filing with the SEC is sufficient notice.  The parties should address whether the rights of any of the dismissed putative class members and/or shareholders  would be compromised. *See Sheinberg v. Fluor Corp.*, 91 F.R.D. 74, 75 (S.D.N.Y. 1981) ("The events giving rise to plaintiff's claims are quite recent, and there is accordingly no danger that the statute of limitations will bar assertion of these claims by other class members. *Cf. Grima v. Applied Devices Corp.*, 78 F.R.D. 431, 432-33 (S.D.N.Y.1978)."). **The Joint Statement is due Friday, November 8, 2024.**

**IT IS SO ORDERED.**

Dated: November 7, 2024

TRINA L. THOMPSON
United States District Judge

United States District Court
Northern District of California